UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RAYMOND BUCKLER,

                      Plaintiff,

-against-                              23 **CIVIL** 9275 (MMG)

                                                          **<u>JUDGMENT</u>**

CRAFT BEEKMAN, LLC, TEMPLE COURT, TOM
COLICCHIO, and DARREN DUNN,

                      Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 2, 2024, Defendants' motion to dismiss is GRANTED. This action is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 2, 2024

                                                      **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                           **BY:** _____
                                                    **Deputy Clerk**